# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DIVISION OF MISSOURI
# EASTERN DISTRICT

In re: )
) Case No. 19-40721-399
EDWIN J. ALLEN, ) Chapter 7
)
Debtor. ) Motion No. 107

## ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT

The Trustee's Motion to Approve the Compromise and Settlement Agreement entered into between Debtor, Edwin J. Allen; Chapter 7 Trustee, E. Rebecca Case; Ricardo Rao, Midwest Vascular & General Surgery, Inc., a Missouri Corporation; and Marie Allen ("Motion"), filed by Chapter 7 Trustee, E. Rebecca Case, in the above-entitled and numbered cause (doc. 107) and the United States Trustee's Objection to the Chapter 7 Trustee's Motion to Approve Compromise and Settlement Agreement ("Objection") (doc. 113) came on to be heard on April 8, 2020.

The following appeared: Robert Eggmann on behalf of Edwin J. Allen, E. Rebecca Case in her capacity as the Chapter 7 Trustee and the Attorney for Chapter 7 Trustee, Wendi Alper-Pressman for Ricardo Rao and Midwest Vascular & General Surgery, Inc., Marie Allen on behalf of Marie Allen, Carole J. Ryczek on behalf of the Office of the United States Trustee, and Joshua M. Jones on behalf of the Internal Revenue Service. Now after having heard such Motion and Objection and considered all relevant facts of record and for the reasons set forth on the record on April 8, 2020, it is hereby

**ORDERED** that the Motion is hereby **GRANTED** in that the Compromise and Settlement Agreement entered into between Chapter 7 Trustee E. Rebecca Case, Edwin

- 2 -

J. Allen, Ricardo Rao, Midwest Vascular & General Surgery, Inc., and Marie Allen is approved. It is further

**ORDERED** that the United States Trustee's Objection to the Motion is **OVERRULED.**

DATED: April 9, 2020
St. Louis, Missouri
cke

                                      Barry S. Schermer
                                      United States Bankruptcy Judge

Order Prepared by:

Rebecca Case - EDMO #38010MO
Stone, Leyton & Gershman,
A Professional Corporation
7733 Forsyth Boulevard, Suite 500
St. Louis, Missouri  63105
(314) 721-7011
(314) 721-8660 Facsimile
erc@stoneleyton.com

Copies mailed to:

Edwin J. Allen
P. O. Box 37014
St. Louis, MO 63141

Office of the United States Trustee
111 South Tenth Street, Suite 6353
St. Louis, MO 63102

E. Rebecca Case
Stone, Leyton & Gershman
7733 Forsyth Boulevard, Suite 500
St. Louis, MO 63105

Robert E. Eggmann
Carmody MacDonald P.C.
120 S. Central Ave., Suite 1800
Clayton, MO 63105

Marie Guerrier Allen
P. O. Box 411281
St. Louis, MO 63141-9998

Wendi Alper-Pressman
Lathrop GPM
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105

Carole J. Ryczek
Trial Attorney
Office of the U. S. Trustee
111 S. 10th Street, Room 6.353
St. Louis, MO 63102

Joshua M. Jones
Assistant U. S. Attorney
Office of the U. S. Attorney
111 S. 10th Street,
St. Louis, MO 63102

**ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX**